United States District Court
Southern District of Texas
**ENTERED**
June 21, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OLEN WARE, II, | § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. H-18-3398 |
| LORIE DAVIS, | § § § | |
| Respondent. | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's *Memorandum Opinion and Order* of even date, this civil action is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas on this the 20th day of June, 2019.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE